# United States District Court
### For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Petty / Misdemeanor Offenses) |
| Edgar Gustavo Portillo Sosa | Case Number: 3:07CR216 |
| | USM Number: 21394-058 |
| | Cecilia Oseguera |
| | Defendant's Attorney |

**THE DEFENDANT:**

- X  pleaded guilty to count(s) 1
- ___ Pleaded guilty to violation(s)
- ___ Pleaded not guilty to count(s)
- ___ Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:1546 and 8:1325 | Fraud and misuse of visas, permits and other documents and illegal re-entry | August 30, 2007 | 1 |

- ___ Counts(s) (is)(are) dismissed on the motion of the United States.
- ___ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- ___ Found not guilty as to:

**IMPOSITION OF SENTENCE:** TIME SERVED

___ The Court has considered the information presented by the defendant concerning the defendant's financial resources, assets, financial obligations, projected earnings, other income, age, education, health, dependents, and work history, and finds that the following is feasible: **That the defendant is financially able to pay $_____ Per month.**

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Date of Imposition of Sentence: September 21, 2007

_____
David C. Keesler
United States Magistrate Judge

Date Signed:  September 25, 2007

**RETURN**

I have executed this Judgment as follows: _____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal